JL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Cesar Stalin Timaure Govea, | No. CV-26-03158-PHX-DJH (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| United States Department of Homeland Security, et al., | |
| Respondents. | |

On March 19, 2026, pro se Petitioner Cesar Stalin Timaure Govea filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 in the United States District Court for the Southern District of Florida, challenging his immigration detention. (Doc. 1.)  At the time, Petitioner was detained in the Krome Service Processing Center in Miami, Florida. On April 30, 2026, Respondents filed a Status Report stating that Petitioner had been transferred to the Arizona Removal Operations Coordination Center. (Doc. 8.)  On May 5, 2026, the district court transferred the case to this District. (Doc. 10.)  Before the case was transferred, however, Petitioner was moved to the Mesa Verde Detention Center in Bakersfield, California.

A petition for writ of habeas corpus under 28 U.S.C. § 2241 must be filed in the district court having jurisdiction over the petitioner's custodian. *See Doe v. Garland*, 109 F.4th 1188, 1198 (9th Cir. 2024).  Because Petitioner is now detained in Bakersfield, California, this Court does not have jurisdiction over Petitioner's custodian.

In the interests of justice, and for the lack of jurisdiction or the convenience of parties and witnesses, a district court may transfer an action to any other district where it might have been brought. *See* 28 U.S.C. § 1631; 28 U.S.C. § 1404(a). Accordingly, the Court will direct the Clerk of Court to transfer this action to the United States District Court for the Eastern District of California.

**IT IS ORDERED** that this matter is **transferred** to the United States District Court for the Eastern District of California.

Dated this 7th day of May, 2026.

Honorable Diane J. Humetewa
United States District Judge

- 2 -